**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ERIC FAIRMON,<br><br>          Defendant. | CASE NO. 2:06-cr-00004-RCJ-GWF<br><br>**ORDER TO RELEASE CLIENT** |

## **ORDER**

The instant revocation proceeding was dismissed on April 19, 2013. As such, IT IS ORDERED that Defendant ERIC FAIRMON be released from the custody of the United States Marshalls.

Dated this 2nd day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE