| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 2:06-cr-00004-RCJ-GWF |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Eric Bernard Fairmon<br>2219 N. Rancho Drive #N-2160<br>Las Vegas, NV 89130 | NEVADA | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Robert Clive Jones | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/22/12 — TO 4/8/15 |

OFFENSE

Bank Robbery-Assault With A Deadly Weapon

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Arkansas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 31, 2014
Date

*/s/ R. Jones*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Eric Bernard Fairmon

CASE NO.: 2:06-cr-00004-RCJ-GWF

**TRANSFER OF JURISDICTION**

January 16, 2014

TO: THE HONORABLE ROBERT CLIVE JONES
United States District Judge

By way of case history, on May 11, 2012, our office filed a petition alleging violations of supervised release. Your Honor issued a warrant on May 11, 2012. Fairmon was subsequently arrested by the Las Vegas Metropolitan Police Department on June 8, 2012, on local charges. Fairmon appeared before U.S. Magistrate Judge Hoffman on June 11, 2012, wherein he was detained pending his final revocation hearing. Fairmon, after several continuances, admitted to all violations contained in the petition dated May 10, 2012, and the addendum dated August 27, 2012, on November 7, 2012. All parties agreed to an 18 month term of incarceration followed by 18 months of supervised release. At Fairmon's request, sentencing was continued to February 8, 2013. This hearing was subsequently continued and on April 19, 2013, Fairmon was scheduled to be sentenced before Your Honor. During this hearing Your Honor dismissed the petition against Fairmon without prejudice. Fairmon was released from custody to resume supervised release.

On May 8, 2013, Fairmon reported to the probation office and was taken into custody by detectives with the Las Vegas Metropolitan Police Department on several charges related to using a victim's debit card without authorization. On this same date, a petition requesting the issuance of a warrant to initiate revocation proceedings was filed. Fairmon was instructed by the undersigned to immediately contact this officer if and when he is released from local custody. Fairmon was released from custody on May 13, 2013, but did not contact this officer until the early morning hours on May 15, 2013. Fairmon was instructed to report later this date (May 15) at 3 p.m., but failed to report or contact this officer. Fairmon absconded once again.

On May 21, 2013, the warrant was issued, after Fairmon had already absconded.

Fairmon was located in Arkansas on November 29, 2013, where he was arrested on the supervised release violation warrant. Fairmon made his initial appearance in the Eastern District of Arkansas and was ordered detained pending extradition to Nevada. However, Fairmon has requested that revocation proceedings be handled by the U.S. District Court in the Eastern District of Arkansas and has remained in custody in Arkansas.

The Eastern District of Arkansas has agreed to handle the proceedings on our behalf so long Your Honor has no objections. Please advise if Your Honor objects to transferring jurisdiction to the Eastern District of Arkansas. If not, we have included with this report the necessary transfer of jurisdiction forms in order to facilitate transfer of this case to allow revocation proceedings to move forward in the Eastern District of Arkansas

If you should have any questions or desire an alternative course of action, please contact the undersigned officer at (702) 527-7313

Respectfully submitted,

Todd J. Fredlund, Supervising
United States Probation Officer

APPROVED: *Wendy Becker for* 1.16.14
Nancy M. Boulton, Supervising
U.S. Probation Officer